**FILED**
December 15, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: \_\_\_\_SAJ\_\_\_\_
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**EP-21-CR-01962-KC**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | §  S E A L E D |
| Plaintiff, | § |
| | § |
| v. | §  **INDICTMENT** |
| | § |
| TREVOR DYLAN LEHEW, | §  **CTS 1-3:** 18 U.S.C. §§ 2241(c) and 7 - |
| | §  Aggravated Sexual Abuse of a Child |
| Defendant. | § |
| | § |
| | § |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(18 U.S.C. §§ 2241(c) and 7 – Aggravated Sexual Abuse of a Child)**

Between on or about November 1, 2014, and continuing through and including on or about December 31, 2015, in the Western District of Texas, and at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Bliss, Texas, Defendant,

**TREVOR DYLAN LEHEW,**

did knowingly engage in a sexual act, to wit, contact between the anus and the penis, with M.C.G., a minor, who had not attained the age of twelve (12) years, in violation of Title 18, United States Code, Section 2241(c) and 7.

**COUNT TWO**
**(18 U.S.C. §§ 2241(c) and 7) – Aggravated Sexual Abuse of a Child)**

Between on or about November 1, 2014, and continuing through and including on or about December 31, 2015, in the Western District of Texas, and at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Bliss, Texas, Defendant,

**TREVOR DYLAN LEHEW,**

did knowingly engage in a sexual act, to wit, contact between the mouth and the penis, with

M.C.G., a minor, who had not attained the age of twelve (12) years, in violation of Title 18, United States Code, Section 2241(c) and 7.

## COUNT THREE
### (18 U.S.C. §§ 2241(c) and 7) – Aggravated Sexual Abuse of a Child)

Between on or about November 1, 2014, and continuing through and including on or about December 31, 2015, in the Western District of Texas, and at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Bliss, Texas, Defendant,

**TREVOR DYLAN LEHEW,**

did knowingly engage in a sexual act, to wit, the penetration, however slight, of the anal opening by a penis, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, with M.C.G., a minor, who had not attained the age of twelve (12) years, in violation of Title 18, United States Code, Section 2241(c) and 7.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: 
Assistant U.S. Attorney