RECEIVED
DEC 21 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

FILED
December 21, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Veronica Medina
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, § § § | |
| v. § | Case Number: EP-21-CR-1962-KC |
| § § § | |
| TREVOR DYLAN LEHEW, Defendant. § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus (**XX**) **ad prosequendum** ( ) **ad testificandum**; and,

1. Name of Detainee: **TREVOR DYLAN LEHEW**, INMATE ID NUMBER: 02325363

2. Name of custodian and place of confinement:

   **James Lynaugh Unit**
   **1098 South Highway 2037**
   **Fort Stockton, TX 79735**

3. Detainee is charged in this district by (**XX**) Indictment ( ) Information ( ) Complaint, ( ) Revocation of Supervised Release/Probation, OR is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on **Tuesday, January 18, 2022, at 02:00 p.m.**, before U.S. Magistrate Judge Leon Schydlower, at the United States Courthouse, 525 Magoffin Ave., El Paso, Texas 79901, **for any and all future court proceedings.**

ASHLEY HOFF
UNITED STATES ATTORNEY

BY: *Michelle A. Winters*
MICHELLE A. WINTERS
Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

(**XX**) Ad Prosequendum                    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby **ORDERED** to produce the named detainee on the date and at the time recited above, and for any further proceedings to be had in this cause; and at the conclusion of said proceedings, to return said detainee to the above-named custodian.

Date signed: 12/21/2021

UNITED STATES MAGISTRATE JUDGE